IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVIS KEITH WILLIAMS | : | CIVIL ACTION |
| | : | NO. 09-6078 |
| v. | : | |
| | : | |
| OFFICER EVAN WEAVER, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 17th day of October, 2011, upon consideration of plaintiff's motion in limine seeking to preclude defendant from introducing into evidence the testimony of Garipoli, defendant's response to the motion and plaintiff's reply thereto, it is ORDERED that plaintiff's motion is GRANTED IN PART and DENIED IN PART as follows:

(1) Garipoli may not testify as to the credibility of Williams, Weaver or the testimony or statements of any witnesses. Nor may Garipoli testify that Weaver's use of force was reasonable.

(2) Garipoli may testify as to: (1) his law enforcement experience; (2) the police procedures at issue in this case, including the Allentown Police Department policies on use of force, arrest procedures and search and seizure; and (3) whether Weaver's use of force was in accord with applicable police procedures given the facts of this case (presented to him by way of properly formulated hypothetical questions).

<u>  s/Thomas N. O'Neill, Jr.  </u>
THOMAS N. O'NEILL, JR., J.